UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )        CHAPTER 7
                                    )
PAULETTE A. REDDEN                  )        CASE NO. 26-00652
                                    )
        DEBTOR.                     )        HON.  TIMOTHY A. BARNES

## <u>NOTICE OF MOTION</u>

TO:  See attached list

PLEASE TAKE NOTICE that on **Tuesday, March 24, 2026, at 9:00 a.m.**, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the **Motion of the United States Trustee for Rule 2004 Examination of the Debtor** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

 **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*By: /s/ Suhey Ramirez*
Suhey Ramirez, Attorney
Office of the U.S. Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014
suhey.ramirez@usdoj.gov

0

## CERTIFICATE OF SERVICE

I, Suhey Ramirez,

☒ an attorney, certify - or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that on March 12, 2026, I served a copy of this notice, attached motion, and proposed order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below.  A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Suhey Ramirez*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Adam G. Brief**   Ustpregion11.es.ecf@usdoj.gov
- **Ariane Holtschlag, trustee**   aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com
- **Patrick Semrad**   psemrad@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Mitchell Shanks**   mshanks@semradlaw.com, ilnb.courtview@SLFCourtview.com

**Parties Served via First Class Mail:**

Paulette A Redden
790 ROYAL SAINT DR BLDG 141 UNIT 127
BLDG 141 UNIT 127
Naperville, IL 60563

Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PAULETTE A. REDDEN | ) | CASE NO. 26-00652 |
| | ) | |
| DEBTOR. | ) | HON.  TIMOTHY A. BARNES |

## MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR

NOW COMES ADAM G. BRIEF, the Acting United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney, Suhey Ramirez, and moves the Court to enter an order authorizing an examination of Paulette A. Redden ("the Debtor") pursuant to Fed. R. Bankr. P. 2004 (the "Motion").  In support of his request, the U.S. Trustee respectfully states as follows:

### JURISDICTION & VENUE

1.      The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

### RELEVANT FACTS

3.      On January 15, 2026, the Debtor by and through her attorney, Mitchell Shanks, with the Semrad Law Firm, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Dkt No. 1.

4.      Ariane Holtschlag (the "Chapter 7 Trustee") was appointed Chapter 7 Trustee in the Debtor's case.  Dkt No. 9.

5.      The Debtor has indicated her debts are primary consumer debts.  *Id.*

**a.  Debtor's Assets, Liabilities and Income**

6.      On Schedule A/B the Debtor lists among other things, an ownership interest in certain real property located at 15647 Greenwood Rd., Apt. 1s, Dolton, Illinois, (the "Dolton Property") with a current value of $313,750.  Dkt No.1.

7.      She also listed an ownership interest in a US Bank checking account valued at $11.00 and a Wells Fargo checking account valued at $200.00, along with a 2016 Dodge Caravan valued at $8,977.00 (the "Vehicle") and a term life insurance policy.  *Id*.

8.      The Debtor did not list an ownership interest in any business entity on Schedule A/B, Line 37 or on the Statement of Financial Affairs (SoFA), Question 26, when asked if she owned or had any connection to any business within four years before she filed for bankruptcy. *Id.*

9.      On Schedule D the Debtor lists a $265,526.00 secured claim on the Dolton Property and a $22,366 secured claim on the Vehicle.  *Id*. at Sch. D. No other mortgages are listed on Schedule D.  *Id*.   However, the U.S. Department of Housing and Urban Development filed a secured Claim 1-1 in the amount of $60,948.04, that includes copies of two mortgages. *See* Claims Register; Claim #1].   The claim indicates that the Debtor took out two mortgage loans on the Property on or about April 2, 2024, and August 30, 2025, in the amounts of $10,826.04 and $50,022, respectively.  *Id*.

10.     On Schedule E/F, the Debtor list priority tax debt of $10,500 and $70,909 in non-priority unsecured debt consisting mostly of credit card debt.  *Id*. at Sch. E.  The Debtor also list a $1,600 claim for Carnival Cruise Line and a $12,561 for Westgate Resorts, LTD.  *Id*.

11.     On Schedule I, the Debtor indicated that she is unemployed but receives $3,000 from rental income after spending $500 on operating expenses.  *Id*. at Sch. I. Official Form 1061.

3

The Debtor also lists social security income of $1,509; food assistance in $225; and a pension or retirement income of $1,100. *Id*. at Sch. I. The Debtor's monthly income is calculated at $5,834. *Id*.

12.     On Schedule J, the Debtor indicated that she has a dependent child that lives with her and is 33 years of age. *Id*. at Sch. J. Additionally, the Debtor lists $5,830 in ongoing monthly expenses, resulting in a $4.00 monthly net income. *Id*. Among other things, the Debtor lists monthly expenses for rental or home ownership of $2,700; telephone, cell phone, internet, satellite, and cable services of $445; and car payments of $615. *Id*.

13.     On the Debtor's SoFA, she indicated that she did not have any income from employment or from operating a business between 2024 and the present time. *Id*. at SoFA.

**b.     The Debtor's Section 341(a) Testimonies**

14.     The Chapter 7 initial section 341(a) Meeting of Creditors was held on February 6, 2026 (the "Initial Meeting") and continued to March 9, 2026, and again to April 7, 2026. Dkt Nos. 6, 13 and 21.

15.     At the March 9, 2026 Meeting, the Debtor provided confusing testimony with respect to, her Supplemental Nutrition Assistance Program benefits' eligibility; her multi-unit rental property; why she has not filed any State and Federal Tax Returns; whether she was a victim of identity theft; her marital status and alimony payments; the reason for a $1,100 ongoing monthly payment towards her son's apartment and why that is not disclosed on her Schedule J; and her ownership interest in any business entity.

**c.   Status of U.S. Trustee's Investigation**

16.     According to a public record search on the Secretary of State's website, the Debtor is the 100% owner of T & P Go Trucking registered on March 18, 2022, and involuntarily dissolved on September 8, 2023, and T & P Residential Properties, LLC, registered on May 20,

2021, and involuntarily dissolved on November 8, 2024.  She is also registered as a fifty percent co-owner of Precise and Always Ready Transportation, LLC that was also involuntarily dissolved on August 8, 2025.  *Id.*

17.    Based on the Debtor's representations at the Meetings; the public record information; the petition; schedules; and SoFA, the U.S. Trustee believes it is prudent to request additional documents and bring the Debtor in for a 2004 examination.

18.    Based on the foregoing, the U.S. Trustee seeks information and documents to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, SOFA, means test and any testimony to evaluate whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707.

19.    To do so, the U.S. Trustee needs to review documents and elicit testimony from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), which may include the production of documents and attendance at an examination.

WHEREFORE, the U.S. Trustee requests the Court to enter an order authorizing the U.S. Trustee to conduct an examination of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

ADAM. G. BRIEF
ACTING UNITED STATES TRUSTEE

Dated: <u>March 12, 2026</u>

*By: /s/ Suhey Ramirez*
Suhey Ramirez, Attorney
Office of the U.S. Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014
suhey.ramirez@usdoj.gov

5